# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA<br>V.<br><br>ALAN WADE BERGER | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 5:08CR50041-001<br>USM Number: 16105-179<br><br>Erwin L. Davis<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

X  admitted to violation of conditions __One, Two, Three, and Four__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | The defendant pled guilty to the offense of Knowing Possession of Child Pornography on January 17, 2014. | 01/17/2014 |
| Two | The defendant was found in possession of an internet capable device and admitted to accessing the internet without permission. | 06/08/2012 |
| Three | The defendant was found in possession of an internet capable device and admitted to accessing the internet without permission. | 11/01/2012 |
| Four | The defendant utilized an internet capable device without permission. | 02/10/2013 |

The defendant is sentenced as provided on page 2 of this judgment, with the court considering the sentencing guidelines as non-binding and advisory only.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec.: XXX-XX-9453 | September 30, 2014<br>Date of Imposition of Judgment |
|---|---|
| Defendant's Date of Birth: XX/XX/1966 | *(signature)*<br>Signature of Judge |
| Defendant's Residence Address:<br>XXXXXXXXXXXXXXXXX<br>Springdale, AR 72764 | Honorable P.K. Holmes, III, Chief United States District Judge<br>Name and Title of Judge<br><br>October 1, 2014<br>Date |
| Defendant's Mailing Address:<br>XXXXXXXXXXXXXXXXX<br>Springdale, AR 72764 | |

DEFENDANT: ALAN WADE BERGER
CASE NUMBER: 5:08CR50041-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **ten (10) months, to run concurrently with case 5:13CR50096-001**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL